United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BURAK BEKIR TORUN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-2966 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| Secretary of the Department of | § | |
| Homeland Security, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Voluntary of Dismissal filed on July 24, 2026 (Doc. No. 11), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SIGNED this \_\_\_\_31st\_\_\_\_ day of July 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE